UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL L. TOPPING,

        Plaintiff,

vs.

        Case No. 14-CV-14011
        HON. GEORGE CARAM STEEH
        MAG. STEPHANIE DAWKINS DAVIS

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

      This matter is before the court on plaintiff Michael L. Topping's challenge of a final decision of defendant Commissioner denying his application for Social Security Income (SSI) benefits. Both parties filed motions for summary judgment which were referred to the magistrate judge for report and recommendation. Plaintiff also filed a reply brief in support of his motion for summary judgment. On February 17, 2016, the magistrate judge issued a report and recommendation recommending that plaintiff's motion for summary judgment be granted, defendant's motion for summary judgment be denied, the findings of the commissioner be reversed, and that the matter be remanded for further proceedings. Objections to that report and recommendation have not been filed within the established time period. The court has reviewed the file, record, and magistrate judge's reports and recommendations and accepts the magistrate judge's recommendations.

IT IS SO ORDERED that the magistrate's report and recommendation is accepted as the findings and conclusions of this court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment be GRANTED, defendant's motion for summary judgment be DENIED, the findings of the commissioner be REVERSED, and the matter be REMANDED for further proceedings based on the reasons well-developed in the magistrate judge's report and recommendation.

IT IS SO ORDERED.

Dated: March 18, 2016

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 18, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk